Russell A. Brown
CHAPTER 13 TRUSTEE
P.O. Box 33970
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85067-3970
(602) 277-8996

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 13 |
|---|---|
| KIMBALL CLARK PORTER, | Case No. 03-05523 PHX CGC |
| and | |
| WENDY MARIE PORTER, | **ORDER DISMISSING CASE** |
| Debtors. | |

The Trustee having notified the Court that the Debtor has failed to comply with the Trustee's Recommendation dated August 14, 2003, as required by General Order 83, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1). The Debtors have failed to provide the Trustee with:

**Proof of income sufficient to fund the Plan; cure plan payment default by remitting $956.00 no later than September 18, 2003.**

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case, the matter may be set for hearing upon the Debtors' motion. The Court may set a hearing on the Debtors' motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings relating to this case are vacated;

(D) Pursuant to 28 U.S.C. § 586(e)(2), the Trustee shall be paid his percentage fee from all

1  payments received from the Debtors. After payment of the Trustee's percentage fee, subject to the
2  provisions herein, the Trustee will retain the Debtors' funds pending Court approval of the payment
3  of administrative expenses of the Debtors' attorney. If the Debtors' Chapter 13 Plan contained an
4  Application for the Payment of Administrative Expenses to the Debtors' attorney and no party in
5  interest filed an objection to the Application, then the Debtors' attorney may lodge an Order
6  approving the Application within ten days after the Court enters this Dismissal Order. Alternatively,
7  the Debtors' attorney has ten days after the Court enters this Dismissal Order to file and notice out
8  a separate fee application. The Trustee is to pay from the funds on hand any adequate protection
9  payments previously ordered by the Court. If there is an insufficient amount of funds on hand to pay
10 all allowed administrative expenses and adequate protection payments, then the Trustee shall pay
11 the administrative expenses and adequate protection payment amounts pro rata. Any remaining
12 funds will be returned to the Debtors. If the Debtor's attorney fails to timely lodge such Order or
13 file a fee application, the Trustee may pay out the funds according to this Order; and
14     (E) If the Court has entered a payroll deduction order on one or both of the Debtors' wages,
15 then the Court vacates that order.
16     DATED: _____Oct 3_____, 2003.

_____
HON. CHARLES G. CASE II
United States Bankruptcy Judge

|   |                                                                                                                     |
|---|---------------------------------------------------------------------------------------------------------------------|
| 1 | A copy of the proposed Order Dismissing Case was mailed on                                                          |
| 2 | September 19, 2003, to:                                                                                             |
| 3 | Kimball Clark Porter<br>2638 E. Boise Street                                                                        |
| 4 | Mesa, Arizona 85213<br>Debtor                                                                                       |
| 5 |                                                                                                                     |
| 6 | Wendy M. Porter<br>7315 E. Hillview St.                                                                             |
| 7 | Mesa, Arizona 85207<br>Debtor                                                                                       |
| 8 | Allen D. Butler                                                                                                     |
| 9 | Law Office of Allen D. Butler, P.C.<br>2342 S. McClintock Drive<br>Tempe, AZ 85282-2674                             |
| 10| Attorney for the Debtors                                                                                            |
| 11| /s/ [signature]<br>JMM                                                                                              |